■ MOSHE TUBERO, Appellant, v SAL LIPINER et al., Respondents, et al., Defendant. — Order, Supreme Court, New York County, entered on May 16, 1980, unanimously affirmed. Respondents shall recover of appellant $50 costs and disbursements of this appeal. The stay granted by this court on June 4, 1980 is vacated. No opinion. Concur — Kupferman, J.P., Birns, Ross, Carro and Fein, JJ.

■ RUTH L. LAUTERSTEIN et al., Appellants, et al., Petitioners, v DANIEL W. JOY, as Commissioner of the New York City Department of Rent and Housing Maintenance, Respondent, and BING & BING, INC., Intervenor-Respondent. — Resettled judgment, Supreme Court, New York County, entered on March 19, 1980, unanimously affirmed, without costs and without disbursements. The appeal from the judgment of said court entered on March 2, 1979 is dismissed, without costs and without disbursements. No opinion. Concur — Kupferman, J.P., Birns, Ross, Carro and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON FRANK, Appellant. — Judgment of resentence, Supreme Court, New York County, rendered on January 25, 1980, unanimously affirmed. Appellant's appeal from judgment of said court rendered on January 25, 1979, dismissed, since by reason of resentence that judgment was vacated and the judgment rendered on January 25, 1980, substituted therefor, and it is only from the latter judgment that an appeal lies. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J.P., Birns, Ross, Carro and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERT CUEVAS, Appellant. — Judgment, Supreme Court, Bronx County, rendered on February 8, 1980, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J.P., Birns, Sandler, Carro and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v ESTEBAN MINAYA, Defendant. — Motion granted to the extent of amending the last sentence of the order of this court entered on January 15, 1981 [78 AD2d 358] by adding the words "on the law" following the word "reversed" in the last paragraph of said order. Concur — Kupferman, J.P., Birns, Carro, Silverman and Bloom, JJ.

# (February 24, 1981)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALISSA ALLEN, Appellant. — Judgment, Supreme Court, Bronx County, rendered on November 19, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P.J., Kupferman, Ross, Carro and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO GONZALEZ, Appellant. — Judgment, Supreme Court, Bronx County, rendered on